# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Mothers Food, Inc          ) Judge Donald R. Cassling
        Debtor(s)              )
                              ) Case No. 16-08646
                              )
                              ) Chapter 11

## NOTICE OF MOTION

To the following named persons or entities: (Separate Service List may be attached)

Mothers Food, Inc
4758 S. Wood Street
Chicago, IL 60609

United States Trustee
Served by ECF:

## CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 901 W. Jackson Blvd Suite 202, Chicago, Illinois, 60607 with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service: 03/22/2017          Signature: /s/ Robert J. Adams
                                                                 Robert J. Adams

    Please take notice that on **April 4, 2017 at 9:30 AM** I shall appear before the Honorable Judge in Court Room 619 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.

*Where indicated, some parties have been served electronically instead of by mail

Case 16-08646    Doc 100    Filed 03/22/17    Entered 03/22/17 16:15:12    Desc Main
Document      Page 2 of 3
Debtor(s): Mothers Food Inc
Case No: 16-08646
Chapter: 11
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

CITY OF CHICAGO
DEPT OF FINANCE
PO BOX 88292
CHICAGO, IL 60680

Ilinois State Lottery
101 West Jefferson Street
Springfield, IL 62702

Illinois State Lottery
122 South Michigan Avenue, 19th
Chicago, IL 60603

Odieh Ayesh
4456 S. Hermitage
Chicago, IL 60609

Rene Kasperowica
4857 S. Wood
Chicago, IL 60607

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Mothers Food, Inc<br>Debtor(s) | ) Judge Donald R. Cassling<br>)<br>) Case No. 16-08646<br>)<br>) Chapter 11 |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES Mothers Food, Inc, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and ask this Honorable Court to enter a Final Decree, as well as closing this case with reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor state as follows:

1. On March 14, 2016, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 11.

2. On January 9, 2017 this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtor's Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101 (2) of the Bankruptcy Code.

4. Debtors request that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, Mothers Food, Inc asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectfully submitted,

/s/ Robert J. Adams & Associates
Attorney for Mothers Food, In

Robert J. Adams & Associates - 901 W. Jackson, Suite 202, Chicago, IL 60607   Phone: 312.346.0100