Attachments

As of April 17, 2017

Claim 1

Paid in full through March, 2017. Total paid $3000.00

Claim 2

Paid in full through March, 2017. Total paid $3000.00

